IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

_____

MICHAEL WATSON and SHANNON )
WATSON )
   Plaintiffs, )
 ) Case No. 1:10-cv-03337-JOF
v. )
 )
FLAGSHIP FINANCIAL GROUP, LLC )
and SALLY A. FARRAR, )
 )
   Defendants. )
_____)

## JOINT MOTION TO DISMISS THE COMPLAINT

   Plaintiffs Michael Watson and Shannon Watson (the "Watsons"), on the one hand, and defendants Flagship Financial Group, LLC ("Flagship") and Sally A. Farrar ("Farrar" and collectively with Flagship, "Defendants"), on the other hand, through their respective counsel, jointly move this Court and state as follows:

   1.  On or around August 18, 2010, the Watsons filed a complaint ("Complaint") against Defendants in the State Court for the State of Georgia, Cobb County ("State Court"), styled *Michael Watson and Shannon Watson v. Flagship Financial Group, LLC and Sally A. Farrar*, Civil Action No. 2010 A 8109-2 (the "Lawsuit").

2.     The Complaint alleges three counts against Defendants: (a) violations of Georgia's Racketeering Influenced and Corrupt Organizations Act ("RICO"), pursuant to O.C.G.A. § 16-4-1, et seq. (Complaint, Count 1); (b) violations of Georgia's residential mortgage fraud statute, pursuant to O.C.G.A. § 16-8-102 (Complaint, Count 2); and (c) violations of Georgia's punitive damages statute, pursuant to O.C.G.A § 51-12-5.1(b) (Complaint, Count 3).  The Complaint further alleges violations of: (a) 18 U.S.C. § 1341, mail fraud (Complaint at 6:34(b)); (b) 18 U.S.C. § 1343, wire fraud (Complaint at 6:34(c)); and (c) 38 CFR 36.4312, Department of Veterans Affairs guidelines, charges and fees ("VA guidelines") (Complaint at 9:50).

3.     On October 15, 2010, Flagship filed a Notice of Removal of the Lawsuit in the United States District Court for the Northern District of Georgia, Atlanta Division ("District Court") and a Notice of Filing of Notice of Removal in the State Court.

4.     On October 21, 2010, the District Court granted Flagship's Consent Motion for an Extension of Time to Respond to Plaintiffs' Complaint until November 22, 2010.

5.      Based on the settlement reached by the parties, the parties request that the Court dismiss the Complaint in its entirety with prejudice as to the Watsons' claims.

6.      The parties further request that the Court order that each party bear its own costs and expenses, including attorneys' fees.

WHEREFORE, plaintiffs Michael Watson and Shannon Watson and defendants Flagship Financial Group, LLC and Sally A. Farrar respectfully request that the Court dismiss this Complaint in its entirety with prejudice as to the Watsons' claims and order that each party bear its own costs and expenses, including attorneys' fees.

[Signatures Appear on Following Page]

3

Respectfully submitted this 1st day of December, 2010.

s/ Jason Crawford
Jason Crawford, Esq.
Georgia Bar No. 193752
J. Clay Fuller, Esq.
Georgia Bar No. 280207
Dustin Brown, Esq.
Georgia Bar No.086998

**DAUGHTERY, CRAWFORD, FULLER & BROWN, LLP**
P.O. Box 1118
Columbus, GA 31902
Telephone: (706) 320-9646
Facsimile: (706) 494-0221

ATTORNEYS FOR PLAINTIFFS

s/ Christopher S. Anulewicz
Christopher S. Anulewicz
Georgia Bar No. 020914
Natalie M. C. Beasman
Georgia Bar No. 142448
**BALCH & BINGHAM LLP**
30 Ivan Allen Jr. Blvd., N.W., Suite 700
Atlanta, GA 30308
Telephone: (404) 261-6020
Facsimile: (404) 261-3656

Irene C. Freidel (*pro hac vice* to be filed)
irene.freidel@klgates.com
Brian R. Vaughn Martel (*pro hac vice* to be filed)
brian.vaughnmartel@klgates.com
**K&L GATES, LLP**
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
Telephone: (617) 261-3100
Facsimile: (617) 261-3175

ATTORNEYS FOR DEFENDANT
FLAGSHIP FINANCIAL GROUP, LLC

s/ J. Kevin Moore
J. Kevin Moore
**Moore Ingram Johnson & Steele, LLP**
326 Roswell Street
Marietta, GA 30060
Telephone:  770-429-1499
Facsimile:  770-429-8631

ATTORNEY FOR DEFENDANT
SALLY A. FARRAR

4

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 1, 2010 a copy of the foregoing was filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Jason L. Crawford, Esq.
J. Clay Fuller, Esq.
Dustin Brown, Esq.
DAUGHTERY, CRAWFORD,
FULLER & BROWN, LLP
1430 Wynnton Road
Columbus, Georgia 31902

<u>VIA U.S. MAIL</u>
J. Kevin Moore, Esq.
Moore Ingram Johnson & Steele, LLP.
326 Roswell Street
Marietta, GA 30060

<u>s/ Christopher S. Anulewicz</u>
Christopher S. Anulewicz
Georgia Bar No. 020914