# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

**JAMES N. HATTEN**　　　　　　　　　　　　　　　　　　　　　　　　　　　　404-215-1600
**DISTRICT COURT EXECUTIVE AND**
**CLERK OF COURT**

December 7, 2010

Irene C. Freidel
K & L Gates, LLP
One Lincoln Street
Boston, MA 02111

　　　　Re:　Michael Watson et al v. Flagship Financial Group, LLC et al
　　　　　　1:10-cv-3337-JOF
　　　　　　Your client: Flagship Financial Group, LLC

Dear Ms. Freidel:

　　You are listed as counsel in the referenced case. As an out-of-state attorney who is not a member of the Bar of this Court, you must be admitted *pro hac vice* (Local Rule 83.1). Applications for Admission Pro Hac Vice in all cases, both civil and criminal, should be filed electronically by local counsel. Credit card payment of the $150 application fee must be made concurrent with the filing of the completed application.

　　A *pro hac vice* application is available on our Courts web site at www.gand.uscourts.gov.

　　If you decide not to complete the application, you must file a (1) motion to withdraw identifying therein the attorney who will represent the party or (2) notice of substitution of counsel.

　　**This is the only notice you will receive**; after 30 days and no response, the status of your admission will be brought to the attention of the assigned judge.

　　Direct all correspondence or any questions you may have to Judith Motz at 404-215-1600.

　　　　　　　　　　　　　　　　　　　　Sincerely yours,

　　　　　　　　　　　　　　　　　　　　s/Judith Motz

　　　　　　　　　　　　　　　　　　　　Judith Motz for
　　　　　　　　　　　　　　　　　　　　James N. Hatten

JNH:jm